UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TAWNY ROSE, | ) | Case No. 15-cv-03492-DSF-AGR |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER STAYING ACTION |
| vs. | ) | PENDING ARBITRATION |
| | ) | |
| NAVIENT SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

///
///
///
///
///
///

Based on the stipulation of the parties, Plaintiff Tawny Rose and Defendant Navient Solutions, Inc., and for good cause appearing,

IT IS HEREBY ORDERED that this action is stayed pending completion of the arbitration.  The parties are ordered to file a joint status report with the Court within 10 days of resolution of arbitration.

Dated:   1/4/16

*Dale S. Fischer*
_____
Hon. Dale S. Fischer
United States District Judge