1  Taylor M. Tieman (SBN: 305269)
   ttieman@consumerlawcenter.com
2  Krohn & Moss, Ltd.
   1112 Ocean Drive, Suite 301
3  Manhattan Beach, CA 90266
   Tel: (323) 988-2400 ext. 254
4  Fax: (866) 861-1390
   TAWNY ROSE

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAWNY ROSE,<br><br>      Plaintiff,<br><br>   v.<br><br>NAVIENT SOLUTIONS, INC.,<br><br>      Defendant. | **Case No.: 2:15-cv-03492-DSF-AGR**<br><br>**NOTICE OF SETTLEMENT** |

NOTICE OF SETTLEMENT

**TO THE COURT:**

NOW COMES the Plaintiff, TAWNY ROSE, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                         Respectfully Submitted,

Dated:       July 8, 2016            KROHN & MOSS, LTD.

                                  By:   /s/ Taylor M. Tieman
                                          Taylor M. Tieman
                                          Attorney for Plaintiff,
                                          TAWNY ROSE

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2016, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on July 8, 2016 I served all counsel of record with a copy of this document by way of the CM/ECF system.

By: /s/ Taylor M. Tieman
Taylor M. Tieman