Taylor M. Tieman (SBN 305269)
Krohn & Moss, Ltd.
1112 Ocean Dr., 3rd Floor,
Manhattan Beach, CA 90266
Tel: (323) 988-2400 ext. 254
Fax: (866) 861-1390
ttieman@consumerlawcenter.com
TAWNY ROSE

Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste. 150
San Diego, CA 92108-3426
Tel: (619) 758-1891
Fax: (619) 296-2013
dkirkpatrick@sessions-law.biz
drichard@sessions-law.biz
NAVIENT SOLUTIONS, INC.

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAWNY ROSE,<br><br>        Plaintiff,<br><br>  v.<br><br>NAVIENT SOLUTIONS, INC.,<br><br>        Defendant. | **Case No.: 2:15-cv-03492-DSF-AGR**<br><br>**JOINT STIPULATION OF**<br><br>**DIMISSAL WITH PREJUDICE** |

1  IT IS HEREBY STIPULATED by and between Plaintiff, TAWNY ROSE,
2  and defendant NAVIENT SOLUTIONS, INC., through their respective counsel of
3  record, that the above-captioned action be dismissed with prejudice pursuant to Rule
4  41(a)(1) of the Federal Rules of Civil Procedure.  Each party shall bear his/its own
5  attorney's fees and costs.

| Dated: August 4, 2016 | Dated: August 4, 2016 |
|---|---|
| /s/ Debbie P. Kirkpatrick<br>Debbie P. Kirkpatrick (SBN 207112)<br>Damian P. Richard (SBN 262805)<br>SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.<br>1545 Hotel Circle South, Ste. 150<br>San Diego, CA 92108-3426<br>Tel: (619) 758-1891<br>Fax: (619) 296-2013<br>dkirkpatrick@sessions-law.biz<br>drichard@sessions-law.biz<br>NAVIENT SOLUTIONS, INC. | /s/ Taylor M. Tieman<br>Taylor M. Tieman (SBN 305269)<br>Krohn & Moss, Ltd.<br>1112 Ocean Dr., 3rd Floor,<br>Manhattan Beach, CA 90266<br>Tel: (323) 988-2400 ext. 254<br>Fax: (866) 861-1390<br>ttieman@consumerlawcenter.com<br>TAWNY ROSE |

STIPULATION TO DISMISS MATTER WITH PREJUDICE

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System. A copy of said Joint Stipulation was electronically submitted to all parties by the Court's CM/ECF System.

/s/ Taylor M. Tieman
Taylor M. Tieman
Attorney for Plaintiff

STIPULATION TO DISMISS MATTER WITH PREJUDICE